UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DERRICK BRADLEY,<br>Plaintiff,<br>v.<br>DENTIST M., *et al.*,<br>Defendants. | Case No. 3:26-CV-00551-MMD-CLB<br>ORDER DENYING MOTION TO COMPEL<br>[ECF. No. 17] |

Pending before the Court is Plaintiff Derrick Bradley's motion to compel discovery. (ECF No. 17.) However, no defendant has answered or otherwise responded to the complaint. Rather, on September 10, 2026, two named defendants filed their acceptance of service and their answer or response to the complaint is not due until November 9, 2026. (ECF No. 17.) Moreover, the Court has not entered a Scheduling Order and Discovery Plan. Accordingly, discovery has not yet commenced and Plaintiff's motion to compel is premature. For these reasons, Plaintiff's motion to compel, (ECF No. 17), is **DENIED**.

**IT IS SO ORDERED.**

DATED: September 28, 2026

UNITED STATES MAGISTRATE JUDGE